IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>DILLON M. SALVO,<br><br>                Defendant. | **8:23CR119**<br><br>**ORDER** |

      The defendant appeared before the Court on August 5, 2024, for a Change of Plea Hearing. Julie Hansen represented the defendant. Matt Lierman represented the government. The defendant entered a guilty plea and requested to be held in custody pending sentencing. The government did not object. Accordingly,

1. The Order Setting Conditions of Release [16] is revoked and the defendant shall be detained until further order of the Court.

2. The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of the court of the United States or on the request of an attorney for the government, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for purpose of an appearance in connection with a court proceeding.

3. The defendant shall be returned to the custody of Nebraska state authorities. The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

      **IT IS SO ORDERED**.

      Dated this 5th day of August, 2024.

                                                                     BY THE COURT:

                                                                       s/ Michael D. Nelson
                                                                       United States Magistrate Judge