IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>DILLON M. SALVO,<br><br>　　　　　　　Defendant. | 8:23–CR–119<br><br>PRELIMINARY ORDER OF FORFEITURE |

　　　　This matter is before the Court upon the Government's Second Motion for Preliminary Order of Forfeiture. Filing 97. The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

　　　　1 1.　　On August 5, 2024, the Court held a change of plea hearing for Defendant and Defendant entered a plea of guilty to Count I of the Indictment and admitted to the Forfeiture Allegation. Filing 90; Filing 91.

　　　　2.　　Count I of the Indictment charged that Defendant with a violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

　　　　3.　　The Forfeiture Allegation sought the forfeiture of various firearms, silencers, and ammunition as listed in Attachment A on the Motion for Preliminary Order of Forfeiture (the "Property") seized on or about March 19, 2023, on the basis that it was "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses."

　　　　4.　　By virtue of said plea of guilty, the Defendant has forfeited his interest in the Property. Accordingly, the United States should be entitled to possession of said Property pursuant to 18 U.S.C. § 924(d).

5.     The Government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1.     The Government's Motion for Preliminary Order of Forfeiture, Filing 97, is granted.

2.     Based upon the Forfeiture Allegation of the Indictment and the plea of guilty, the Government is hereby authorized to seize the Property.

3.     Defendant's interest in the Property is hereby forfeited to the Government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.     The Property is to be held by the Government in its secure custody and control.

5.     Pursuant to 21 U.S.C. § 853(n)(1), the Government shall publish for at least thirty consecutive days on an official internet Government forfeiture site, www.forfeiture.gov., notice of this Preliminary Order of Forfeiture, notice of publication evidencing the Government's intent to dispose of the Property in such manner as the Attorney General may direct, and notice that any person, other than the Defendant, having or claiming a legal interest in any of the Property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.     The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the Property, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the Property and any additional facts supporting the Petitioner's claim and the relief sought.

7. The Government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the Property as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of September, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge